DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GRIAGAL BARR, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2233

[October 11, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2006-CF-012462A.

Griagal Barr, III, Madison, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

*			*			*

***Not final until disposition of timely filed motion for rehearing.***